# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Nakia Simmons, et al.

Plaintiff(s)

Case No.: 7:21-cv-00243-NSR

vs.

The Standard Life Insurance Company of New York

Defendant

## AFFIDAVIT OF SERVICE

I, Naeem Price, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Class and Collective Action Complaint with Appendix A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/03/2021 at 2:01 PM, I served The Standard Life Insurance Company of New York at 333 Westchester Avenue, Suite 300, White Plains, New York 10604 with the Summons, Civil Cover Sheet, and Class and Collective Action Complaint with Appendix A by serving Tania Gougler, Senior Analyst, authorized to accept service.

Tania Gougler is described herein as:

Gender: Female   Race/Skin: Lt. Brown   Age: 40-50   Weight: 161-200   Height: 5'0"-5'3"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

2-9-2021
Executed On



Naeem Price

Client Ref Number:10000/192
Job #: 1585802

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050