

**EPSTEIN BECKER GREEN**

Attorneys at Law

Kevin R. Vozzo
t 212.351.4777
f 212.878.8600
KVozzo@ebglaw.com

MEMO ENDORSED

March 10, 2021

**Via Fax: (914) 390-4179**

The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Defendant's application is GRANTED. The Parties' deadline to submit a Case Management Plan is extended until March 22, 2021. The Clerk of the Court is kindly directed to terminate the Motion at ECF No. 14.
>
> Dated: March 11, 2021
> White Plains, New York
>
> SO ORDERED:
>
> /s/ Nelson S. Román
> NELSON S. ROMÁN
> United States District Judge

Re:  Simmons, et al. v. Standard Life Insurance Company of New York
     Case No. 7:21-cv-00243

Dear Judge Román:

We represent the Defendant in the above-referenced matter and write to request an extension of time for the parties to submit a proposed Case Management Plan. By order dated February 26, 2021 (Doc. # 11), the Court ordered the parties to submit a Case Management Plan and Scheduling Order by March 12, 2021. The parties have engaged in preliminary discussions about the possibility of an early resolution of this matter, and Defendant needs additional time to consider a proposal regarding the procedure by which an early resolution might be accomplished. Accordingly, Defendant respectfully requests a ten-day extension, to March 22, 2021, for the parties to submit a Case Management Plan.

Counsel for the Plaintiffs agree to this request.

Respectfully submitted,

/s/ Kevin R. Vozzo

Kevin R. Vozzo

cc: Counsel for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2021
```

Epstein Becker & Green, P.C.  |  875 Third Avenue  |  New York, NY 10022  |  t 212.351.4500  |  f 212.878.8600  |  ebglaw.com

Firm:52625178v1