IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAKIA SIMMONS, MICHELLE SMITHERMAN, and MARLYE GOROSTIZA individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>THE STANDARD LIFE INSURANCE COMPANY OF NEW YORK,<br><br>    Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/25/2021<br><br>**ORDER**<br><br>**JOINT MOTION TO STAY ALL DEADLINES**<br><br>Case No. 7:21-cv-00243 |

    Whereas, on March 24, 2021, the Parties filed a Joint Motion to Stay All Deadlines to Facilitate Settlement Discussions (the "Motion") (ECF No. 22), the Court is of the opinion that the Motion should be and hereby is GRANTED.

    This matter and all pending deadlines, including discovery, are hereby stayed for a period of up to ninety (90) days from the date this Order is entered, *i.e.*, June 16, 2021, unless as set forth below, the Parties determine they are unable to settle this case before that date.

    In the event that the Parties' attempt to resolve the matter through settlement is unsuccessful, within fourteen (14) days after the conclusion of the stay or determination by the Parties that they are unable to settle the case at this time, whichever is earlier, the parties will submit to the Court a proposed Case Management Plan and Scheduling Order using the worksheet at ECF No. 11. The Clerk of the Court is kindly directed to terminate the Motion at ECF No. 22.

Dated: March 25, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge