```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAKIA SIMMONS, MICHELLE SMITHERMAN, and MARLYE GOROSTIZA individually and on behalf of others similarly situated,

                Plaintiffs,

- against -

THE STANDARD LIFE INSURANCE COMPANY OF NEW YORK,

                Defendant.

21cv243 (NSR)

**ORDER OF TERMINATION OF APPEARANCE OF KEVIN R. VOZZO**

Román, D.J.:

    Whereas, Defendant, The Standard Life Insurance Company of New York ("Defendant"), by and through its attorneys, Epstein Becker & Green, P.C. ("EBG"), has requested, pursuant to Local Civil Rule 1.4, that the appearance of Kevin R. Vozzo, as counsel on Defendant's behalf be terminated;

    Whereas, EBG has represented Defendant throughout the pendency of this action and continues to do so; Mr. Vozzo appeared in this action while an attorney at EBG by filing a Notice of Appearance and responsive pleading on behalf of Defendant on February 24, 2021; and Mr. Vozzo is no longer associated with EBG and no longer represents the Defendant in this matter;

    Whereas, the termination of Mr. Vozzo will have no bearing on the posture of this action before the Court.

    Therefore, Defendant's motion to terminate Kevin R. Vozzo as counsel of record is GRANTED.

Dated: April 12, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge