UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Simmons, et al.,

                      Plaintiffs,

    - against -

The Standard Life Insurance Company of New York,

                      Defendant.
-----------------------------------------------------------X

**ORDER**

21 Civ. 243 (NSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2021

Román, D.J.:

    The Court having been advised that all claims asserted herein have been settled (*see* ECF No. 31), it is

    ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

    The Clerk of the Court is kindly directed to terminate the Motion at ECF No. 31.

SO ORDERED.

Dated: June 22, 2021
          White Plains, New York

                                                    Nelson S. Román, U.S.D.J.