DocuSign Envelope ID: D2CE2202-291F-490C-BC69-E1A3946C6F3C
Case 7-21-cv-00243-NSR Document 39 Filed 01/07/22 Page 1 of 2
Case 7:21-cv-00243-NSR Document 38-4 Filed in NYSD on 74/09/2021 Page 19 of 26

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAKIA SIMMONS, MICHELLE SMITHERMAN, and MARLYE GOROSTIZA individually and on behalf of others similarly situated, | |
| Plaintiffs, | Case No. 7:21-cv-00243 (NSR) |
| v. | Proposed Order |
| THE STANDARD LIFE INSURANCE COMPANY OF NEW YORK, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2022

**[PROPOSED] ORDER**

For the reasons set forth in the Parties' Joint Letter Motion for Approval of Settlement Agreement, the Court hereby orders the following:

1. The Joint Letter Motion is **GRANTED**;

2. The Court approves the Agreement as a fair and reasonable resolution of the parties' *bona fide* dispute;

3. The Agreement is binding on all of the Named Plaintiffs and Participating Settlement Class Members as defined in the Settlement Agreement and this Order;

4. The terms of the Agreement are hereby incorporated into this Settlement Approval Order;

5. The form, content, and distribution method of the proposed Settlement Notice is approved and shall be mailed with the Settlement Checks in accordance with the terms of the Agreement, and the form, content, and distribution method of the proposed Reminder Notice also here approved;

6. The Agreement's terms and provisions, including the funding of the Gross Settlement Fund are approved;

1

7. The Service Awards, Plaintiffs' Counsel's award of attorneys' fees and expenses, and the Settlement Administrator's fees and expenses to be paid out of the Gross Settlement Fund as set forth in the Parties' Agreement are approved;

8. Counsel for the Parties are hereby authorized to utilize all reasonable and mutually agreed procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Agreement;

9. The Parties shall abide by all terms of the Agreement and this Order;

10. The Action on the merits is dismissed with prejudice, with each party to bear his, her, or its own fees and costs, except as set forth in the Agreement, and all Participating Settlement Class Members are permanently barred from prosecuting against the Released Parties any individual, class, collective, or representative claims that are released by the Agreement; and

11. The Court retains jurisdiction to interpret, implement, and enforce the terms of the Agreement and all orders and judgments entered in connection therewith; and

12. The Court hereby enters Judgment approving the terms of Settlement Agreement. This Order shall constitute a final judgment for purposes of Fed R. Civ. P. 58.

13. The Clerk is directed to remove all dates from the Court's calendar and close the case.

It is SO ORDERED.

Date: January 7, 2022
White Plains, NY

Nelson S. Román
UNITED STATES DISTRICT JUDGE